Dennis TZARKIS, Appellant, v. Howard D. EBEY, Inspector in Charge of Immigration Bureau, Appellee.

(Circuit Court of Appeals, Seventh Circuit. November 25, 1924. Rehearing Denied January 2, 1925.)

No. 3409.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Wm. G. Anderson and Edward M. Seymour, both of Chicago, Ill., for appellant.

J. A. O'Callaghan, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Appellant appeals from an order discharging writ of habeas corpus sued out upon an order of the Secretary of Labor for appellant's deportation. From an examination of the record we are satisfied that it amply supports the findings made by the Second Assistant Secretary of Labor to the effect that appellant was "connected with the management of a house of prostitution * * * after having entered the United States."

The fact that such connection did not occur until more than five years subsequent to his entry, is immaterial. Grkic v. United States (D. C.) 3 F.(2d) 276.

The order appealed from is affirmed.